Mitchell Kilanowski, for appellants; Leonard Schanfield, for appellee; Abbell, Portes & Schanfield, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

## Charles C. Banko, Appellant, v. Harold Krist, Fred Bruining, William Babcock and Edward Hrej, Appellees.

### Gen. No. 45,629.

Korean Movsisian, for appellant; William A. Torok, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.